AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 14 2005

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

# United States District Court

DISTRICT OF Hawaii

UNITED STATES OF AMERICA

V.

James Kim
a/k/a: "Chong Soo Kim"

**WARRANT FOR ARREST**

CASE NUMBER: 03-977 KSC

Mag 03-977

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___James Kim, a/k/a: "Chong Soo Kim"___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to distribute 50 grams or more of methamphetmamine, a Schedule II controlled substance.

in violation of
Title ___21___ United States Code, Section(s) ___846 and 841(b)(1)(A)___

Kevin S.C. Chang                          United States Magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

[signature]                                Nov. 18, 2003  Honolulu, Hawaii
Signature of Issuing Officer               Date and Location

                                           KEVIN S.C. CHANG

Bail fixed at $ ___to be detained___ by ___
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | DEA Los Angeles |  |
| DATE OF ARREST 11-18-03 | S/A Patrick Picciano | [signature] |

This form was electronically produced by Elite Federal Forms, Inc.